FRANK N. DARRAS #128904
SHERNOFF BIDART & DARRAS, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Email: fdarras@sbd-law.com
Attorneys for Plaintiff

**ORIGINAL FILED**

JUN - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**MEJ**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUANG P. ZHAO,

    Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE COMPANY; and, CITIGROUP LTD PLAN,

    Defendants,

Case No.: C 07 2867

PLAINTIFF'S NOTICE OF INTERESTED PARTIES

TO THE COURT:

    The undersigned, counsel of record for plaintiff, certifies that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. METROPOLITAN LIFE INSURANCE COMPANY, Defendant; and,

2. CITIGROUP LTD PLAN, Defendant.

Dated: May 31, 2007

SHERNOFF BIDART & DARRAS, LLP

FRANK N. DARRAS
Attorneys for Plaintiff



- 1 -

PLAINTIFF'S NOTICE OF INTERESTED PARTIES