1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL (SBN 99802)
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635
   rebecca.hull@sdma.com
5
   Attorneys for Defendants
6  METROPOLITAN LIFE INSURANCE COMPANY
   and CITIGROUP LTD PLAN
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | GUANG P. ZHAO,                    | CASE NO. C-07-2867 MEJ
13 |      Plaintiff,                   | STIPULATION FOR EXTENSION OF TIME
   |                                   | FOR DEFENDANTS' RESPONSE TO
14 |   v.                              | PLAINTIFF'S COMPLAINT
15 | METROPOLITAN LIFE INSURANCE       |
   | COMPANY AND CITIGROUP LTD         |
16 | PLAN,                             |
17 |      Defendants.                  |

18      Pursuant to Northern District Civil Local Rule 6-1(a), plaintiff Guang P. Zhao and
19  defendants Metropolitan Life Insurance Company and Citigroup LTD Plan, by and through their
20  attorneys, hereby stipulate and agree to a 30-day extension of time for defendant to file a
21  response to plaintiff's complaint, and that defendants' response will be filed on or before July 27,
22  2007.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

SF/1412238v1                                        -1-                        CASE NO. C-07-2867 MEJ
             STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

1   There have been no prior extensions of time in this action.

2   IT IS SO AGREED AND STIPULATED.

3   DATED: June 25, 2007          SHERNOFF BIDART & DARRAS, LLP

By: _____
Frank N. Darras
Attorneys for Plaintiff, Guang P. Zhao

DATED: June ___, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Rebecca A. Hull
Rebecca A. Hull
Attorneys for Defendants, Metropolitan Life Insurance Company, and Citigroup LTD Plan

SF/1412238v1

-2-                                        CASE NO. C-07-2867 MEJ
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT