IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GUANG P. ZHAO,

        Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY; and, CITIGROUP LTD PLAN,

        Defendant.

No. C072867 MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 5, 2007

_____
Signature
FRANK N. DARRAS
Counsel for Plaintiff, Guang P. Zhao
(Name of party or indicate "pro se")