1  FRANK N. DARRAS #128904
2  SHERNOFF BIDART & DARRAS, LLP
   3257 East Guasti Road, Suite 300
3  Ontario, CA  91761
   Telephone:   (909) 390-3770
4  Facsimile:    (909) 974-2121
   Email: fdarras@sbd-law.com
5
6  Attorneys for Plaintiff
7
8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA

10  GUANG P. ZHAO,                          | Case No.: C072867 MEJ
11           Plaintiff,                     |
12                                          | PLAINTIFF'S PROOF OF SERVICE OF
     vs.                                    | SUMMONS AND COMPLAINT ON
13                                          | DEFENDANT CITIGROUP LTD PLAN
14  METROPOLITAN LIFE INSURANCE
    COMPANY; and, CITIGROUP LTD
15  PLAN,
16           Defendants.

- 1 -
PLAINTIFF'S PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CITIGROUP LTD PLAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------------------------------X
GUANG P. ZHAO,

                Plaintiff(s),

    -against-

METROPOLITAN LIFE INSURANCE
COMPANY, **ET ANO.**,

                Defendant(s).
-----------------------------------------------------------X

CASE NO. C 07 2867

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            s.s :
COUNTY OF NEW YORK  )

       JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
       That on the 19th day of June, 2007, at approximately 10:27 a.m., deponent served a true copy of the **Summons in a Civil Case; Complaint; Plaintiff's Notice of Interested Parties; Civil Cover Sheet; ECF Registration Information Handout; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; Order Setting Initial Case Management Conference and ADR Deadlines; Case Management Standing Order for Mag. Judge James; Standing Order re Discovery; Joint Case Management Statement and [Proposed] Case Management Order; Notice of Trail Assignment to U.S. Mag. Judge and Order to File Consent/Request for Reassignment Form; Consent to Assignment or Request for Reassignment; Standing Order for All Judges of the N.D. of California; Local Rules and Guidelines for Filing; Notice of Assignment of Case; Consent to Proceed Before a U.S. Magistrate Judge (blank)** upon Citigroup, Ltd. Plan at 485 Lexington Avenue, 14th Floor, New York, New York by personally delivering and leaving the same with Claudia P. Munoz, Paralegal, who is authorized by appointment to accept service.
       Claudia P. Munoz is an olive-skinned Hispanic female, approximately 38 years of age, is approximately 5 feet and 4 inches tall, weighs approximately 150 pounds, with long curly red hair and dark eyes and was wearing glasses.

Sworn to before me this
21st day of June, 2007

JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01KE-4851559
Qualified in New York County
Commission expires February 3, 2010