1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL (SBN 99802)
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635
   rebecca.hull@sdma.com
5
   Attorneys for Defendants
6  METROPOLITAN LIFE INSURANCE COMPANY
   and CITIGROUP LTD PLAN
7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12  GUANG P. ZHAO,                  CASE NO. C-07-2867 MEJ

13       Plaintiff,                 DEFENDANTS' CERTIFICATION OF
                                    INTERESTED ENTITIES OR PERSONS
14       v.

15  METROPOLITAN LIFE INSURANCE
    COMPANY AND CITIGROUP LTD
16  PLAN,

17       Defendants.

18

19       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

20  associations of persons, firms, partnerships, corporations (including parent corporations or other

21  entities (i) have a financial interest in the subject matter in controversy or in a party to the

22  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

23  substantially affected by the outcome of this proceeding:

24  ///

25  ///

26  ///

27  ///

28  ///

1.   Metropolitan Life Insurance Company

2.   Citigroup LTD Plan

DATED: July 26, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Attorneys for Defendants
    METROPOLITAN LIFE INSURANCE COMPANY and
    CITIGROUP LTD PLAN