1  FRANK N. DARRAS #128904
   SHERNOFF BIDART & DARRAS, LLP
2  Suite 300
3  3257 East Guasti Road
   Ontario, CA  91761
4  Telephone:  909-390-3770
   Facsimile:   909-974-2121
5

6
   Attorneys for Plaintiff
7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA
10

11  GUANG P. ZHAO,                          | Case No.: C072867 MJJ
12                                          |
              Plaintiff,                    |
13                                          | **STIPULATION AND ORDER RE**
         vs.                                | **VOLUNTARY DISMISSAL OF ENTIRE**
14                                          | **ACTION WITH PREJUDICE**
    METROPOLITAN LIFE INSURANCE             |
15  COMPANY; and, CITIGROUP LTD             |
16  PLAN,                                   |
                                            |
17            Defendant                     |

18
19       IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff GUANG P. ZHAO,
20  and defendant METROPOLITAN LIFE INSURANCE COMPANY; and, CITIGROUP LTD
21  PLAN, and their attorneys of record, that the parties have resolved this matter in its
    entirety.
22

23       / / /
24

25       / / /
26

27

28       / / /

- 1 -
STIP TO DISMISS

1  IT IS HEREBY AGREED that the complaint and any counterclaim on file herein
2  shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

4  Dated: November 26, 2007          SHERNOFF BIDART & DARRAS, LLP

                                     _____
                                     FRANK N. DARRAS
                                     Attorneys for Plaintiff
                                     GUANG P. ZHAO,

10 Dated: November 27, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                     _____
                                     REBECCA A. HULL
                                     MICHAEL N. WESTHEIMER
                                     Attorneys for Defendants
                                     METROPOLITAN LIFE INSURANCE COMPANY and
                                     CITIGROUP LTD PLAN,

## ORDER

**IT IS SO ORDERED.**

Dated: _____           _____
                                 MARTIN J. JENKINS
                                 Judge of the U.S. District Court