1  FRANK N. DARRAS #128904
   SHERNOFF BIDART & DARRAS, LLP
2  Suite 300
3  3257 East Guasti Road
   Ontario, CA 91761
4  Telephone: 909-390-3770
   Facsimile: 909-974-2121
5

6  Attorneys for Plaintiff
7

8              UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10

11 | GUANG P. ZHAO,                          | Case No.: C072867 MJJ
12 |                                         |
   |         Plaintiff,                      |
13 |                                         | **STIPULATION AND ORDER RE**
14 |   vs.                                   | **VOLUNTARY DISMISSAL OF ENTIRE**
   |                                         | **ACTION WITH PREJUDICE**
15 | METROPOLITAN LIFE INSURANCE             |
   | COMPANY; and, CITIGROUP LTD             |
16 | PLAN,                                   |
17 |                                         |
   |         Defendant                       |
18

19     IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff GUANG P. ZHAO,
20 and defendant METROPOLITAN LIFE INSURANCE COMPANY; and, CITIGROUP LTD
21 PLAN, and their attorneys of record, that the parties have resolved this matter in its
22 entirety.

23
       / / /
24

25
       / / /
26

27

28     / / /


IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: November 26, 2007          SHERNOFF BIDART & DARRAS, LLP

_____
FRANK N. DARRAS
Attorneys for Plaintiff
GUANG P. ZHAO,

Dated: November 27, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

_____
REBECCA A. HULL
MICHAEL N. WESTHEIMER
Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and
CITIGROUP LTD PLAN,

## ORDER

**IT IS SO ORDERED.**

Dated: 11/28/07

_____
MARTIN J. JENKINS
Judge of the U.S. District Court

*Judge Martin J. Jenkins* (seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)